FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 AUG 21  PM 12: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

KELSA TOBUREN,

    Plaintiff

vs.

CASE NO.: 3:17cv955-J-34JRK

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____/

### NOTICE OF REMOVAL OF CAUSE OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

The Defendant, State Farm Mutual Automobile Insurance Company, ("State Farm"), by and through undersigned counsel, and pursuant to Sections 1441, 1446, and 1332 of Title 28 of the United States Code, hereby removes this cause of action from the Circuit Court of the Fourth Judicial Circuit, State of Florida, in and for Duval County, Florida, and hereby gives notice of the removal to all interested persons and in support of and as grounds for removal State Farm states the following:

    1.    The United States District Court for the Middle District of Florida has subject matter jurisdiction over this matter pursuant to Section 1332, Title 28 of the United States Code. There is complete diversity of citizenship between the Plaintiff and the Defendant. The Plaintiff, Kelsa Toburen, is a citizen of the State of Florida who resides in Jacksonville, Duval County, Florida. The Defendant, State Farm, is a foreign corporation organized and existing under the laws of the State of Illinois. The Defendant, State Farm, has a principal place of business in Bloomington, Illinois, and it is a citizen of the State of Illinois.

2. The complaint in this cause of action alleges that the Plaintiff is seeking damages in excess of $15,000.00. That is a pleading amount made in accordance with Florida pleading practice which permits the pleading of amounts in excess of $15,000.00 to establish subject matter jurisdiction in the Florida Circuit Court. Thus, pursuant to 28 U.S.C. Section 1446(c)(2) it is specifically pled in this Notice of Removal that this is a cause of action with an amount in controversy in excess of $75,000.00, exclusive of costs and interest.

3. The Plaintiff has demanded payment in excess of $75,000.00. And, at no time has the Plaintiff, demanded payment on her uninsured motorist claim for an amount less than $75,000.00 exclusive of costs and interest. As well, this is a claim for uninsured motorist benefits concerning uninsured motorist coverage in a total amount of $106,000.00.

4. Because the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and cots and because the Plaintiff is a citizen of the State of Florida and the Defendant is a foreign corporation with a principal place of business in the State of Illinois, i.e. it is a citizen of the State of Illinois, this Court has jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

5. Pursuant to 28 U.S.C. sec.1446 and Rule 4.02(b) of the Local Rules of the Middle District of Florida, the Defendant files with this Notice of Removal a true and correct legible copy of all process, pleadings, orders and other papers or exhibits of every kind filed in the State Court prior to this removal.

6. This cause of action involves an automobile accident which occurred in Jacksonville, Duval County, Florida. Thus, because a substantial part of the events or omissions alleged to give rise to this claim occurred in Duval County, Florida, the Middle District of Florida

is an appropriate venue and the Jacksonville Division of the Middle District of Florida is the appropriate division for filing.

7. This removal has been effected within 30 days of the service of process on the Defendant State Farm. Service of process was made on July 27, 2017, via electronic delivery to State Farm from the Florida Department of Financial Services, the statutory agent for State Farm for service of process.

8. Written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal, will be served upon the Plaintiff, and notice of removal will be filed with the Clerk of the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, in accordance with the authority of 28 U.S.C. sec. 1441 and pursuant to the procedures set forth in 28 U.S.C. sec. 1446.

Respectfully submitted this 21st day of August 2017.

PETER F. NUNES & ASSOCIATES
Employees of the Law Department
State Farm Mutual Automobile Insurance Company

BY: *Thomas Smith*
Thomas C. Smith, Esq.
Florida Bar No.: 154652
Attorney for Defendant
1301 Riverplace Blvd., Suite 1904
Jacksonville, FL 32207
(904) 493-3400
Service Email:
flor.law-jax-clc-pleadings@statefarm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of May 2017 the foregoing document has been furnished to the following persons by via electronic mail and via certified United States mail.

Matthew B. Baggett
Baggett Law
9471 Baymeadows Road, Suite 105
Jacksonville, FL 32256

PETER F. NUNES & ASSOCIATES
Employees of the Law Department
State Farm Mutual Automobile Insurance Company

*Thomas Smith*
BY: _____
Thomas C. Smith, Esq.
Florida Bar No.: 154652
Attorney for Defendant State Farm Mutual
Automobile Insurance Company
1301 Riverplace Blvd., Suite 1904
Jacksonville, FL 32207
(904) 493-3400
Service Email:
flor.law-jax-clc-pleadings@statefarm.com